ORIGINAL

FILED

05/11/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0042

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0042

FILED

MAY 1 1 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

AUTREE ANIEL PEDERSEN,

Defendant and Appellant.

ORDER

---

Autree Aniel Pedersen appeals his Cascade County conviction of and sentence for Sexual Intercourse Without Consent (SIWC). Pedersen raises three issues on appeal. Pedersen argues in part that the District Court erred by denying his motion to substitute the assigned district judge for the stated reason that the public defender's substitution motion was "ineffective" due to late payment of the substitution fee. After Pedersen was found guilty by a jury, the court sentenced him to 100 years of imprisonment with no time suspended, restrictions on parole eligibility, and a level 3 sexual offender designation. Pedersen argues that the court improperly imposed an enhanced sentence under § 45-5-503(3)(b), MCA (2015). The judge who imposed the sentence has since retired.

The parties, by and through their counsel of record, now stipulate that Pedersen is entitled to have his sentence vacated. Without agreeing on the underlying merits of Pedersen's claims, the parties agree the case should be remanded for Pedersen to be resentenced under § 45-5-503(2), MCA (2015). The parties also agree the resentencing hearing should occur before a new sentencing judge with an updated presentence investigation report. The parties have agreed to this resolution and seek dismissal of the remaining issues Pedersen raises on appeal.

Having reviewed the parties' Motion to Dismiss by Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that Cascade County Cause No. ADC-17-417 is remanded to the Eighth Judicial District Court, with instructions to vacate the November 21, 2019 sentencing order. The District Court is directed to designate a new judge to hold a new sentencing hearing with an updated Presentence Investigation Report and to sentence Pedersen pursuant to § 45-5-503(2), MCA (2015).

IT IS FURTHER ORDERED that the remainder of Pedersen's appeal is dismissed with prejudice.

The Clerk is directed to provide copies of this Order to all counsel of record and to the Judges and the Clerk of the District Court for the Eighth Judicial District, Cascade County.

Dated this 11ᵗʰ day of May, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2